UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 CURTIS DEONDRE FLOWERS, and
D-2 ANTWAN DION LOVE, JR.,

Defendants.

Case: 4:26-cr-20353
Assigned To : Behm, F. Kay
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 6/3/2026
Description: SEALED MATTER (tt)

Violations:
18 U.S.C. § 922(o)

---

## INDICTMENT

---

### THE GRAND JURY CHARGES:

### COUNT ONE
### ILLEGAL POSSESSION OF A MACHINEGUN
### 18 U.S.C. § 922(o)

D-1   CURTIS DEONDRE FLOWERS,
D-2   ANTWAN DION LOVE, JR.,

On or about May 14, 2026, in the Eastern District of Michigan, CURTIS DEONDRE FLOWERS and ANTWAN DION LOVE, JR., knowingly possessed a machinegun, that is, a Palmetto State Armory, Model PA-15, .223 caliber pistol, modified with a conversion device that converted the firearm to shoot automatically

1

more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

## COUNT TWO
### ILLEGAL POSSESSION OF A MACHINEGUN
### 18 U.S.C. § 922(o)

D-2   ANTWAN DION LOVE, JR.,

On or about May 14, 2026, in the Eastern District of Michigan, ANTWAN DION LOVE, JR., knowingly possessed a machinegun, that is, a Glock, Model 47, 9mm caliber pistol, modified with a conversion device that converted the firearm to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)(1)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

Upon conviction of an offense charged in Count One or Count Two, CURTIS DEONDRE FLOWERS and ANTWAN DION LOVE, JR., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including, but not limited to, Palmetto State Armory, Model PA-15, .223 caliber pistol; a Glock, Model 47, 9mm

2

caliber pistol; 49 rounds of .223 caliber ammunition; and, 26 rounds of 9mm caliber ammunition.

## THIS IS A TRUE BILL.

JEROME F. GORGON JR.
United States Attorney

s/GRAND JURY FOREPERSON

s/ANTHONY P. VANCE
Anthony P. Vance
Assistant United States Attorney
Chief, Branch Offices

s/JULES M. DePORRE
Jules M. DePorre
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
Telephone number: (810) 766-5177
Jules.DePorre@usdoj.gov
P73999

Dated: June 3, 2026

3

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove | Case: 4:26-cr-20353<br>Assigned To : Behm, F. Kay<br>Referral Judge: Ivy, Curtis, Jr |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to compl

Assign. Date : 6/3/2026
Description: SEALED MATTER (tt)

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☑ No | AUSA's Initials: |

Case Title: USA v. Curtis Deondre Flowers & Antwan Dion Love, Jr.

County where offense occurred : Genesee

Check One:    ☑ Felony          ☐ Misdemeanor          ☐ Petty

____Indictment/____Information --- **no prior complaint.**
__X__Indictment/____Information --- based upon prior complaint [Case number: 26-mj-30301          ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below].*

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 3, 2026
Date

Jules M. DePorre
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Jules.DePorre@usdoj.gov
P73999

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013